IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN M. THOMPSON,

      Plaintiff,                                       No. CIV S-09-1168 LKK EFB PS

      vs.

UNITED TRANSPORTATION UNION;
MALCOLM B. FUTHEY; ALBERT L.
SUOZZO; FRANKLIN J. SEEGMILLER;
and DOES 1-15,
                                              ORDER TO SHOW CAUSE

      Defendants.
_____/

This case is before the undersigned pursuant to E.D. Cal. Local Rule 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). Plaintiff initiated this action by filing a complaint and paying the filing fee on April 29, 2009. Dckt. No. 1. On that same date, the court issued its initial scheduling order. Dckt. No. 3. That order set a scheduling conference for September 2, 2009, and directed plaintiff to complete service of process within 120 days. *See* Fed. R. Civ. P. 4(m). The order further directed the parties to file status reports by no later than fourteen days prior to the September 2, 2009 scheduling conference (by August 19, 2009), and cautioned the parties that failure to obey the federal or local rules or orders of the court could result in sanctions, including a recommendation that the case be dismissed.

////

1 | Plaintiff has not filed a status report and has not yet effected service of process on
2 | defendants.  Accordingly, plaintiff is ordered to show cause in writing on or before September 9,
3 | 2009, why this case should not be dismissed for failure to follow court orders and, if service has
4 | not been effected by August 27, 2009, for failure to effect service of process within the time
5 | prescribed by Rule 4(m).  Fed. R. Civ. P. 4(m); E.D. Cal. L.R. 11-110.  Failure to timely comply
6 | with this order will result in a recommendation that this action be dismissed for lack of
7 | prosecution.
8 | Additionally, the September 2, 2009 status (pretrial scheduling) conference is vacated
9 | pending plaintiff's response to this order to show cause.  The court will reset a status conference
10 | as it deems appropriate.
11 | SO ORDERED.
12 | DATED:  August 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE