IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN M. THOMPSON,

      Plaintiff,                         No. CIV S-09-1168 LKK EFB PS

      vs.

UNITED TRANSPORTATION UNION;
MALCOLM B. FUTHEY; ALBERT L.
SUOZZO; FRANKLIN J. SEEGMILLER;
and DOES 1-15,

      Defendants.                  FINDINGS AND RECOMMENDATIONS
_____/

      This case is before the undersigned pursuant to Eastern District of California Local Rule ("Local Rule") 72-302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

      On August 24, 2009, plaintiff was ordered to show cause, on or before September 9, 2009, why this case should not be dismissed for failure to follow court orders and for failure to effect service of process within the time limits set forth in Federal Rule of Civil Procedure 4(m). The deadline to respond has passed, and plaintiff has failed to show cause or otherwise respond to the court's order.

////

////

1

1  Accordingly, it is hereby RECOMMENDED that this action be dismissed without
2 prejudice for failure to prosecute. *See* Fed. R. Civ. P. 4(m), 41(b); Local Rule 11-110.
3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: September 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2